For the reasons assigned in **State ex rel. Geo. Munster-man vs. Jno. C. De Armas**, 5683 of our Docket, decided this day, the judgment appealed from is affirmed.

Opinion and decree, October 8th, 1912.

———o———

## No. 5683.

## STATE EX REL. GEO. MUNSTERMAN vs. JOHN C. DE ARMAS.

Appeal from the 29th Judicial District Court, Parish of Plaquemines, No. 990.

John Dymond, Jr., A. G. Levy, for relator and appellant.

James Wilkinson, for appellee.

His Honor, JOHN ST. PAUL, rendered the opinion and decree of the Court as follows:

Under the provisions of the Primary Election Law (Act 49 of 1906 as amended by Act 198 of 1912) the provisions as to the promulgation of the result of an election for parish officers differ from those as to the election of State officers.

By the very terms of the law the promulgation as to the latter is by publication in the official journal made by the Secretary of State within a given delay. As to the former the promulgation results from the announcement made at a public session of the Parish Committee to be held on the day and at the hour **fixed by the Statute itself.**

This contest having been brought more than two days after the announcement of the result made at the meeting

of the Parish Committee comes too late.    See **Section 6 of Act 198 of 1912.**

Judgment affirmed.

Opinion and decree, October 8th, 1912.